United States Court of Appeals
Fifth Circuit

**F I L E D**

**March 25, 2004**

Charles R. Fulbruge III
Clerk

REVISED APRIL 5, 2004
**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 03-60815

Summary Calendar

MARKETING SERVICES, INC., a Corporation,

Plaintiff - Appellant,

VERSUS

OCEANIC FATS & OIL(S) PTE LTD, ET AL,

Defendant,

OCEANIC FATS & OIL(S) PTE LTD,

Defendant - Appellee.

Appeal from the United States District Court For the

Northern District of Mississippi, Greenville Division

(4:01CV166-P-A)

Before BARKSDALE, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

We AFFIRM for the reasons given by the district court. *See*

5th Cir. Rule 47.6.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1